UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)

| | |
|---|---|
| ILLYA N. WATKINS,<br><br>    Plaintiff - Appellant,<br>v.<br><br>B. PHUL; et al.,<br><br>    Defendants - Appellees. | No. 06-16587<br>D.C. No. CV-06-00786-DFL<br><br><br><br>**ORDER** |

This appeal has been taken in good faith    [ ]

This appeal is not taken in good faith    [X]

Explanation: _Plaintiff does not have a liberty interest in an assignment to a fire camp_

Judge
United States District Court

Date: 10/6/2006